UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA** :

v. : NO. 3:06CR207 (JBA)

**WILLIAM ANTHONY GROGLIO** :

### ORDER

Dr. Thomas Hopkins is authorized and requested to prepare a supplemental report of findings about William Grogilo and to be available to testify about same at sentencing, currently scheduled for January 10, 2008 at 3:00 p.m.

Defendant's counsel shall be given a copy of the supplemental report and he will provide copies to the Court, United States Probation and the Government.

Costs of Dr. Hopkins' preparation of this report and his appearance at sentencing shall be paid by the defendant.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: December 7, 2007**